

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2016

No. 04-16-00259-CV

**IN THE INTEREST OF A.P., ET AL., CHILDREN**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01950
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

     Robert F. Gier, attorney of record for appellant Brittany B., has filed a motion to withdraw as counsel. In the trial court, Brittany was appointed counsel, but Brittany then retained Gier. After the trial court signed an order terminating Brittany's parental rights, Brittany filed a timely pro se notice of appeal. Because Gier did not file a nonrepresentation notice in compliance with Texas Rules of Appellate Procedure 6.3 and 6.4, notices in this appeal have been sent to Gier. *See* Tex. R. App. P. 6.3, 6.4.

     We abate this appeal and remand the case to the trial court; we order the trial court to conduct a hearing by June 30, 2016, to determine (1) whether Gier's motion should be granted and, if so, (2) whether appellant Brittany B. is indigent. If the trial court finds appellant Brittany B. is indigent, the trial court shall appoint her appellate counsel. We further order the trial court to file a copy of its orders and written findings, if any, that appellant is not entitled to counsel with this court immediately after the hearing.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court